# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 8, 2019  **Time:** 10:46 – 11:01 = 15 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-02992-EMC  **Case Name:** J.T. v. Antioch Unified School District

**Attorney for Plaintiff:** Kenneth Tsang for Nicole Amey
**Attorney for Defendant:** Brian Duus

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Debra Pas

## PROCEEDINGS

[43] Motion to Dismiss - held.

## SUMMARY

Parties stated appearances and proffered argument.

Motion granted on grounds as stated on the record. Section 1983 claim against DOES is dismissed with leave to amend in 30 days. Plaintiffs are required to specifically identify as much as possible the individuals who are the subject of the Section 1983 claim in the amended complaint. Plaintiffs must also explain why they are ignorant of the identities of any Doe Defendants not so identified, and why Plaintiffs would be able to uncover their identities through discovery. Defendant is granted 30 days to respond. Plaintiffs acknowledged that their Section 504 claim had previously been dismissed, and will not be included in an amended complaint.

Further Status Conference set 4/18/2019 at 10:30 a.m. Joint cmc statement due 4/11/2019.

**Order to be prepared by:**
( )    Plaintiff        ( )    Defendant        ( )    Court