# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 8, 2019  **Time:** 11:16 – 11:28 = 12 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-02992-EMC  **Case Name:**  J.T. v. Antioch Unified School District

**Attorney for Plaintiff:** Nicole Amey
**Attorneys for Defendant:** Brian Duus, Elizabeth Trittipo, James Neilsen

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Not Reported

### PROCEEDINGS

Status Conference - held.

### SUMMARY

Parties stated appearances.

ADR/Mediation: At last settlement conference, Magistrate Judge Beeler left the matter open and would return after third parties appeared. All parties would like to return. Court RE-REFERS the matter to Magistrate Judge Laurel Beeler, to occur as soon as possible at Judge Beeler's convenience. Parties will work out and exchange pertinent information required prior to second settlement conference.

Further Status Conference specially set for 11/20/2019 at 2:00 p.m. Joint status report due 11/13/2019.

Deadline to file amended third-party complaint extended to 14 days after next settlement conference.