1
2
3
4

NICOLE HODGE AMEY (SBN 215157)
**THE LAW OFFICES OF NICOLE HODGE AMEY**
P.O. Box 5100
Oakland, California
Telephone:  (510) 569-3666
Facsimile:  (866) 602-2986
Email: hodgelaw@gmail.com

5

Attorneys for Plaintiffs J.T., a minor

6
7
8
9
10
11
12

LOUIS A. LEONE (SBN 099874)
BRIAN DUUS   (SBN 263403)
IOANA R. BURSON (SBN 209471)
**LEONE & ALBERTS,**  a Professional Corporation
1390 Willow Pass Road
Suite 700
Concord, Ca. 94520
Tel: 925-974-8600
Fax: 925-974-8601
Email:bduus@leonealberts.com
Email: iburson@leonealberts.com

13
14

Attorneys for Defendant and Third-Party Plaintiff
Antioch Unified School District

15
16
17
18
19

JAMES C. NIELSEN (SBN 111889)
**NIELSEN KATIBAH LLP**
100 Smith Ranch Road - Suite 350
San Rafael, CA 94903
Tel:415.693.0900
Fax: 415.693.9674
Email: jnielsen@nielsenhaley.com

20
21

Attorneys for Third Party Defendant
Philadelphia Indemnity Insurance Company

22
23
24
25
26

ELIZABETH A. TRITTIPO (SBN 215622)
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415-398-3344
Fax: (415) 398-3344
Email: eat@severson.com

27
28

Attorney for Third Party Defendant
Spectrum Center, Inc.

STIPULATION RE: Dismissal with Prejudice                1

1
2
3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., a minor, by his Parent and Guardian ad Litem N.M., | Case No.: 3:18-cv-02992 LB |
| Plaintiffs, | |
| v. | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| ANTIOCH UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

---

ANTIOCH UNIFIED SCHOOL DISTRICT,

Third-Party Plaintiff,

v.

SPECTRUM CENTER, INC.,
PHILADELPHIA INDEMNITY
INSURANCE COMPANY, AND ROES
1 through 50

Third-Party Defendants.

---

**WHEREAS**, Plaintiff J.T. by and through his Parent and guardian ad litem N.M. ("J.T.") filed a complaint against Defendant Antioch Unified School District ("District") seeking the reversal of an administrative special education due process decision pursuant to 20 U.S.C. §1415(i)(3) and brought causes of action for denial of a Free and Appropriate Public Education, violation of the Equal Protection Clause of the Fourteenth Amendment, violation of Title VI of the Civil Rights Act of 1964, violation of the Educational Opportunities Act of 1974, violation of the Americans with Disabilities Act, violation of 42 U.S.C. §1983, and Section 504 of the Rehabilitation Act.

WHEREAS, District filed a Third-Party Complaint against Spectrum Center, Inc. ("Spectrum"), and Philadelphia Indemnity Insurance Company ("Philadelphia") asserting causes of action for indemnity, express contractual indemnity, express indemnity, contribution, general declaratory relief, declaratory relief on duty to defend, declaratory relief on duty to indemnify, breach of contract re: insurance provision, breach of contract of duty to defend, breach of contract of duty to indemnify, breach of insurance contract, and breach of the covenant of good faith and fair dealing.

WHEREAS, all of the Parties to this Action have entered into a written settlement agreement and mutual release, by which the parties agree to a mutual release and waiver of all claims (whether based in tort, contract, or another theory of recovery) arising from the facts alleged in the Complaint or in the Third Party Complaint, including, but not limited to, an action seeking the reversal of the administrative special education due decision.

WHEREAS, in the written settlement agreement referenced above, District, Spectrum, and Philadelphia release all claims and causes of action against each other arising out of the present matter, including but not limited to all claims for equitable and contractual indemnity.

WHEREAS, the settlement agreement resolves the matter in its entirety.

WHEREAS, all conditions of the settlement agreement have been performed and met.

THEREFORE, all of the Parties to this Action, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), respectfully request that the Court issue an Order dismissing this Action with prejudice in its entirety. Each Party shall bear its own attorneys' fees and costs. This stipulation and dismissal completely terminates the above-entitled Action against all Parties.

**IT IS SO STIPULATED.**

Dated: December 9, 2019

**LEONE & ALBERTS**
**/s/ Ioana R. Burson**

_____
IOANA R. BURSON
Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

1

2   Dated:  December 9, 2019           **LAW OFFICE OF NICOLE HODGE AMEY**

3                                   **/s/ Nicole Hodge Amey**

4                                     _____
NICOLE HODGE AMEY

5                                     Attorneys for Plaintiff
J.T. a minor, by Parent and Guardian ad

6                                     Litem N.M.

7   Dated:  December 9, 2019           **NIELSEN KATIBAH LLP**

8                                     **/s/ James Nielsen**

9                                     _____
JAMES NIELSEN

10                                     Attorneys for Third Party Defendant
PHILADELPHIA INDEMNITY INSURANCE

11                                     COMPANY

12   Dated:  December 9, 2019           **SEVERSON & WERSON**

13                                     **/s/ Elizabeth A. Trittipo**

14                                     _____
ELIZABETH A. TRITTIPO

15                                     Attorneys for Third Party Defendant
SPECTRUM CENTER INC.

16

17

18   I, NICOLE HODGE AMEY, am the ECF User whose ID and password are being used to file

19 this JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE WITH

20 PREJUDICE.  In compliance with Local Rule 5-1(i)(3), I hereby attest that attorneys Ioana R.

21 Burson, James Nielsen and Elizabeth Trittipo have concurred in this filing.

22

23

24

25

26

27

28

1

## ORDER

2      Based on the stipulation of the parties, and good cause appearing therefor,

3      **IT IS ORDERED** that this Action be, and hereby is, DISMISSED WITH PREJUDICE.

4

5      Each party shall bear its own costs and attorneys' fees.

6

7      DATED: _____          _____

8                                          HON. LAUREL BEELER

9          Magistrate Judge of the U.S. District Court Northern District of California

10

11

12                          <u>**CERTIFICATE OF SERVICE**</u>

13      On this day I electronically filed the following document(s) with the Clerk of the Court using the

14  CM/ECF system:

15

16  **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**

16  which will send notification of such filing to all parties of interest participating in the CM/ECF system

17  and the party listed below is currently on the list to receive e-mail for this case:

18

| | |
|---|---|
| Brian Duus | James Nielsen |
| Ioana R. Burson | **Nielsen Katibah LLP** |
| Katherine A. Alberts | 100 Smith Ranch Road - Suite 350 |
| **Leone & Alberts**, a Professional Corporation | San Rafael, CA 94903 |
| 1390 Willow Pass Road | Tel:415.693.0900 |
| Suite 700 | Fax: 415.693.9674 |
| Concord, Ca. 94520 | jnielsen@nielsenhaley.com |
| Tel: 925-974-8600 | |
| Fax: 925-974-8601 | |
| Email:bduus@leonealberts.com | |
| Email: iburson@leonealberts.com | |

25

26

27

28

STIPULATION RE: Dismissal with Prejudice          5

Elizabeth A. Trittipo
**Severson & Werson**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415-398-3344
eat@severson.com

Dated: December 9, 2019          /s/ Nicole Hodge Amey
                                    Nicole Hodge Amey